UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1052
(3:23-cv-06879-JFA)
_____

CENK UYGUR; JOHN WARD

      Plaintiffs - Appellants

v.

SOUTH CAROLINA DEMOCRATIC PARTY; SOUTH CAROLINA STATE ELECTION COMMISSION; JOHN WELLS, in his official capacity as Chairman of the South Carolina State Election Commission; HOWARD M. KNAPP, in his official capacity as Executive Director of the South Carolina State Election Commission

      Defendants - Appellees

and

HENRY MCMASTER, in his official capacity as Governor of South Carolina; SOUTH CAROLINA; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MARK HAMMOND, in his official capacity as Secretary of State of South Carolina

      Defendants

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

                                              For the Court--By Direction

                                              <u>/s/ Nwamaka Anowi, Clerk</u>